## RECONSIDERATION OF PRIOR DECISIONS

**2004–1325. State v. Chandler.**
Stark App. No. 2003CA00342, 157 Ohio App.3d 672, 2004-Ohio-3436. Reported at 109 Ohio St.3d 223, 2006-Ohio-2285, 846 N.E.2d 1234. On motion for reconsideration. Motion denied.

RESNICK and LUNDBERG STRATTON, JJ., dissent.